UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Staci Powers,

        Plaintiff,

Case No. 13-10575

Honorable Nancy G. Edmunds

v.

Commissioner of Social Security,

        Defendant.

                                    /

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 22, 2014 REPORT AND RECOMMENDATION AND THEREFORE GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT [12, 11, 8, 9]

      This matter came before the Court on the magistrate judge's January 22, 2014 report and recommendation on Plaintiff Staci Powers's Social Security judicial review request of Defendant's decision to deny Plaintiff Social Security benefits. The magistrate judge recommended denying Plaintiff's motions for summary judgment and granting Defendant's motion for summary judgment.

      The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation. The

Court therefore GRANTS Defendant's motion for summary judgment and DENIES Plaintiff's motions for summary judgment.  (Dkt. 11, 8, 9.)

So ordered.

                                      s/Nancy G. Edmunds  
                                      Nancy G. Edmunds  
                                      United States District Judge

Dated:  March 5, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 5, 2014, by electronic and/or ordinary mail.

                                      s/Johnetta M. Curry-Williams  
                                      Case Manager  
                                      Acting in Absence of Carol Hemeyer